816

No. 88–1966. ZILL *v.* AVIS RENT-A-CAR SYSTEMS, INC. C. A. 6th Cir. Certiorari denied.

No. 88–1968. MOELLER *v.* UNITED STATES ET AL. C. A. 8th Cir. Certiorari denied.

No. 88–1970. BURNING TREE CLUB, INC., ET AL. *v.* MARYLAND ET AL. Ct. App. Md. Certiorari denied.

No. 88–1971. NEU *v.* CORCORAN, SUPERINTENDENT OF INSURANCE OF THE STATE OF NEW YORK, ET AL. C. A. 2d Cir. Certiorari denied.

No. 88–1973. BARROW *v.* BALKCOM, DIRECTOR, FARMERS HOME ADMINISTRATION, ET AL. C. A. 11th Cir. Certiorari denied.

No. 88–1974. BARROW *v.* BISHOP, TAX COLLECTOR. C. A. 11th Cir. Certiorari denied.

No. 88–1976. BARROW *v.* UNIFINANCIAL CORP. ET AL. C. A. 11th Cir. Certiorari denied.

No. 88–1977. THE BIBLE SPEAKS, INC. *v.* DOVYDENAS. C. A. 1st Cir. Certiorari denied.

No. 88–1978. TYLER *v.* HARTFORD INSURANCE GROUP ET AL. Ct. App. Ore. Certiorari denied.

No. 88–1979. FLEMING *v.* MOORE ET AL. C. A. 4th Cir. Certiorari denied.

No. 88–1980. BARROW *v.* HILL, TAX COLLECTOR, ST. JOHNS COUNTY, FLORIDA. C. A. 11th Cir. Certiorari denied.

No. 88–1983. DAVIS ET AL. *v.* FIRST NATIONAL BANK OF WESTVILLE ET AL. C. A. 7th Cir. Certiorari denied.

No. 88–1984. SAN FRANCISCO POLICE OFFICERS ASSN. ET AL. *v.* CITY AND COUNTY OF SAN FRANCISCO ET AL. C. A. 9th Cir. Certiorari denied.